UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF THE TREASURY, *et al.*,<br><br>  Defendants. | Civil Action No: 21-1246 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order, dated July 9, 2021, the parties, by and through undersigned counsel, report to the Court as follows:

1. The Complaint in this action under the Freedom of Information Act ("FOIA") was filed on May 6, 2021 against the United States Department of the Treasury ("Treasury") and the Department of State ("State"). Defendants answered the Complaint on June 11, 2021. Three FOIA requests are at issue in this lawsuit, two to Treasury and one to State.

2. Treasury has now completed its search for records, but has not been able to tabulate the total number of potentially responsive documents or pages yielded by those searches. Treasury made its first interim production of records on August 31, 2021, for which it processed 501 pages of records. Treasury will continue to make subsequent productions on a rolling basis on the last day of each month.

3. Certain of State's searches in response to Plaintiff's request remain outstanding. State continues to anticipate that no narrowing of Plaintiff's request will be required, but will engage with Plaintiff about possible narrowing opportunities as necessary. In the meantime,

State has started processing the potentially responsive records retrieved to-date and made an initial production on August 23, 2021. The Department processed more than 300 pages of potentially responsive records in connection with that production, which consisted of fifteen pages, all of which were withheld in full. State will continue making rolling productions on the fourth Monday of each month as necessary to satisfy Plaintiff's request.

4. Pursuant to the Court's July 9, 2021, Minute Order, the parties will submit a further Joint Status Report on November 8, 2021, in order to further update the court with the process of Defendants' ongoing search and processing efforts.

Dated: September 7, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ *Nikhel S. Sus* | CHANNING D. PHILLIPS, D.C. Bar #415793 |
| Nikhel S. Sus | Acting United States Attorney |
| (D.C. Bar No. 1017937) | |
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | BRIAN P. HUDAK |
| | Acting Chief, Civil Division |
| 1331 F St. NW, Suite 900 | |
| Washington, DC 20004 | By:    /s/ *Derek S. Hammond* |
| Telephone: (202) 408-5565 | DEREK S. HAMMOND |
| Fax: (202) 588-5020 | Assistant United States Attorney |
| nsus@citizensforethics.org | 555 Fourth Street, NW |
| | Washington, DC 20530 |
| *Counsel for Plaintiff* | (202) 252-2511 |
| | *Attorneys for the United States of America* |