UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE TREASURY, *et al.*,<br><br>    Defendants. | Civil Action No: 21-1246 (CKK) |

**JOINT STATUS REPORT**

  Pursuant to the Court's Minute Order, dated July 9, 2021, the parties, by and through undersigned counsel, report to the Court as follows:

  1. The Complaint in this action under the Freedom of Information Act ("FOIA") was filed on May 6, 2021 against the United States Department of the Treasury ("Treasury") and the Department of State ("State"). Defendants answered the Complaint on June 11, 2021. Three FOIA requests are at issue in this lawsuit, two to Treasury and one to State.

  2. State has finished conducting searches in response to Plaintiff's request. State continues to process potentially responsive records located during the search, and has made two productions since the parties' last JSR, dated January 24, 2022 and February 28, 2022. The Department's January 24 release consisted of six records, all of which were referred to another U.S. Government agency for their review and direct response to Plaintiff. The Department's February 28 release consisted of five records, of which two were released in part and three were withheld in full. State processed more than 300 pages of potentially responsive material in

connection with both its January and February releases. State will continue making rolling productions on the fourth Monday of each month as necessary to satisfy Plaintiff's request.

3.    Pursuant to the Court's July 9, 2021, Minute Order, the parties will submit a further Joint Status Report on May 10, 2022, in order to further update the court with Defendants' ongoing processing efforts.

Dated: March 11, 2022

|  |  |
|---|---|
| */s/ Nikhel S. Sus (with consent)* <br> Nikhel S. Sus <br> (D.C. Bar No. 1017937) <br> CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON <br> 1331 F St. NW, Suite 900 <br> Washington, DC 20004 <br> Telephone: (202) 408-5565 <br> Fax: (202) 588-5020 <br> nsus@citizensforethics.org <br><br> *Counsel for Plaintiff* | Respectfully submitted, <br><br> MATTHEW M. GRAVES, <br> D.C. Bar No. #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Acting Chief, Civil Division <br><br> By:     */s/ Derek S. Hammond* <br>     DEREK S. HAMMOND <br>     D.C. Bar # 1017784 <br>     Assistant United States Attorney <br>     555 Fourth Street, NW <br>     Washington, DC 20530 <br>     (202) 252-2511 <br><br> *Attorneys for the United States of America* |